UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:09cr32HTW-LRA

MARY BELL a/k/a MARY GREGORY

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 through 3 and Counts 5 through 11 of the Criminal Indictment against the defendant, MARY BELL a/k/a MARY GREGORY, without prejudice.

DONALD R. BURKHALTER
United States Attorney

Date: May 5, 2010

By: s/ Lynn Murray.
LYNN MURRAY
Assistant United States Attorney
Mississippi Bar No. 3690

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 through 3 and Counts 5 through 11.

ORDERED this 6th day of May, 2010.

UNITED STATES DISTRICT JUDGE